1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOWLING ENERGY CO., LTD., <br><br> Petitioner, <br><br> v. <br><br> K&K GLOBAL, INC., and SI HEON KIM, <br><br> Respondents. | Case No. 8:25-cv-00325-AH (JDEx) <br><br> **FINAL JUDGMENT** |

1  Pursuant to the Court's Order granting Petitioner's Motion for Default
2  Judgment, IT IS HEREBY ORDERED, ADJUDGED, and DECREED:
3      1.    Judgment is entered against Respondents, in accordance with this Court's
4  Order granting Petitioner's Motion for Default Judgment.
5      2.    The Court AWARDS Petitioner $637,943.33, plus interest at 6% per
6  annum from June 5, 2023, though the date of full repayment, and $21,807.98 for
7  Petitioner's costs and attorneys' fees related to the arbitration.
8      3.    The Clerk of the Court shall close the case.
9  This is a final judgment.

Dated: August 5, 2025



HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE

CC:FISCAL

2